# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | INFORMATION NO. CR223-23 |
| ) | |
| v. ) | 18 U.S.C. §§ 7 and 13 |
| ) | |
| **MICHAEL D. WOOTEN** ) | O.C.G.A. § 40-6-391(a)(1) |
| ) | DUI Less Safe |
| ) | |
| ) | O.C.G.A. § 40-6-391(a)(5) |
| ) | DUI .08 or Greater |
| ) | |
| ) | O.C.G.A. § 40-6-253 |
| ) | Open Container |

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT ONE
*DUI Less Safe*
O.C.G.A. § 40-6-391(a)(1)

On or about September 14, 2023, in the Southern District of Georgia, on land within the special maritime and territorial jurisdiction of the United States and under the concurrent jurisdiction of the United States and the State of Georgia, namely Naval Submarine Base Kings Bay,

**MICHAEL D. WOOTEN**

did unlawfully and was in actual physical control of a moving vehicle while under the influence of alcohol to the extent that was less safe for him to drive, in violation of Title 18, Unites States Code, Sections 7 and 13, and Official Code of Georgia Annotated, Section 40-6-391(a)(1).

# COUNT TWO
*DUI .08 or Greater*
O.C.G.A. § 40-6-391(a)(5)

On or about September 14, 2023, in the Southern District of Georgia, on land within the special maritime and territorial jurisdiction of the United States and under the concurrent jurisdiction of the United States and the State of Georgia, namely Naval Submarine Base Kings Bay,

**MICHAEL D. WOOTEN**

did unlawfully and was in actual physical control of a moving vehicle while his alcohol concentration was 0.08 grams or more at a time within three hours after such driving from alcohol consumed before such driving ended, in violation of Title 18, Unites States Code, Sections 7 and 13, and Official Code of Georgia Annotated, Section 40-6-391(a)(5).

## COUNT THREE
*Open Container*
O.C.G.A § 40-6-253

On or about September 14, 2023, in the Southern District of Georgia, on land within the special maritime and territorial jurisdiction of the United States and under the concurrent jurisdiction of the United States and the State of Georgia, namely Naval Submarine Base Kings Bay,

**MICHAEL D. WOOTEN**

did unlawfully possess an open alcoholic beverage container in the passenger area of a motor vehicle upon the roadway and shoulder of a public highway, in violation of Title 18, Unites States Code, Section 7 and 13, and Official Code of Georgia Annotated, Sections 40-6-253.

JILL E. STEINBERG
UNITED STATES ATTORNEY


*/s/ Wesley J. Thompson*

Wesley J. Thompson
Special Assistant United States Attorney
PA Bar No. 327451